AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00454 |
| Timothy Wayne Williams | ) Assigned to: Judge Harvey, G. Michael |
| DOB: XXXXXX | ) Assign Date: 5/28/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D) | disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings , |
| 40 U.S.C. §§ 5104(e)(2)(G) | parade, demonstrate, or picket in any of the Capitol Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Brandon Kimble, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/28/2021

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*